RANDY J. RISNER
Interim City Attorney, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

JOHN R. WHITEFLEET, SBN 213301
**PORTER | SCOTT**
350 University Ave., Suite 200
Sacramento, CA
Tel: (916) 929-1481
Fax: (916) 927-3706
Email: jwhitfleet@porterscott.com

Attorneys for Defendants: CITY OF VALLEJO (also erroneously sued herein as VALLEJO POLICE DEPARTMENT)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH LAKE, | CASE NO.: 2-19-cv-01439-KJM-KJN |
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER** |
| v. | |
| CITY OF VALLEJO et al | |
| Defendants. | |
| / | |

Plaintiff JOSEPH LAKE and Defendant CITY OF VALLEJO (also erroneously sued herein as VALLEJO POLICE DEPARTMENT), by and through their respective undersigned counsel of record, hereby stipulate to modify the Pretrial Scheduling Order dated December 23, 2019 (ECF No. 14), as follows:

Insofar as Plaintiff recently filed an Amended Complaint and filed a motion for leave to file a Second Amended Complaint, and Defendant has filed motions to strike the Amended Complaint, all of which are currently pending, the outcome of which may determine the further scope of discovery such

that the case is not currently "at issue", and in light of the state and local restrictions due to COVID-19 which arose after the court issued the Pretrial Scheduling Order dated December 23, 2019 (ECF No. 14, but which has and will continue to hamper the ability of the parties to conduct discovery, submit good cause exists to modify the Pretrial Scheduling Order dated December 23, 2019 (ECF No. 14) as follows:

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Discovery | August 31, 2020 | November 13, 2020 |
| Expert Disclosures | August 14, 2020 | November 1, 2020 |
| Expert Rebuttal | August 31, 2020 | November 13, 2020 |

                                      Respectfully submitted,

Dated:  August 26, 2020        PORTER SCOTT
                                      A PROFESSIONAL CORPORATION


                                    By /s/ John R. Whitefleet
                                         John R. Whitefleet
                                         Attorney for Defendant CITY OF VALLEJO


Dated:  August 26, 2020        LAW OFFICES OF WENDY CHAU


                                    By /s/ Wendy Chau (authorized on 08/07/2020)
                                         Wendy Chau
                                         Attorney for Plaintiff JOSEPH LAKE


                                       <u>ORDER</u>

    Good cause appearing, it is so ordered.

DATED:  August 26, 2020.

                                                          CHIEF UNITED STATES DISTRICT JUDGE