UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAKE,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF VALLEJO, et al.,<br><br>          Defendants. | No.  2:19-cv-01439-KJM-KJN<br><br>ORDER<br><br>(ECF No. 41) |

Presently pending before the court is the parties' joint discovery dispute.  Plaintiff moves to compel discovery and to amend the scheduling order.  At the informal hearing in this matter John Whitefleet appeared for defendants; Wendy Chau appeared for plaintiff.  As the undersigned discussed at the hearing, the court declines to rule on the current discovery dispute in the informal context.  If plaintiff wishes to raise these discovery issues and scheduling modifications further, plaintiff is to file a motion by October 30, 2020, which will be heard on December 3, 2020.  Defendants may file an opposition and plaintiff may file a reply as outlined in Local Rule 230.  The parties are not required to file a joint discovery letter as required by Local Rule 251.

////

////

////

////

1  Plaintiff's counsel is advised to include all disputed and requested discovery, including
2 disputed deposition questions and objections, and a breakdown of the relevant timeline in her
3 motion, including specifying the proposed discovery and when it will be completed.  The parties
4 are instructed to meet and confer, prior to October 19, 2020, regarding the disputed discovery and
5 proposed scheduling modification and attest to these efforts in their respective filings.
6  IT IS SO ORDERED.
7 Dated:  October 13, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lake.1439

2