RANDY J. RISNER, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

JOHN R. WHITEFLEET, SBN 213301
**PORTER | SCOTT**
350 University Ave., Suite 200
Sacramento, CA
Tel: (916) 929-1481
Fax: (916) 927-3706
Email: jwhitfleet@porterscott.com

Attorneys for Defendants: CITY OF VALLEJO (also erroneously sued herein as VALLEJO POLICE DEPARTMENT)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH LAKE, | CASE NO.: 2-19-cv-01439-KJM-KJN |
| Plaintiff, | **STIPULATION TO SEAL PAGES 37-114 and 242-254 OF ECF NO. 52-2** |
| v. | |
| CITY OF VALLEJO, et al. | |
| Defendants. | |

Plaintiff JOSEPH LAKE and Defendant CITY OF VALLEJO (also erroneously sued herein as VALLEJO POLICE DEPARTMENT), by and through their respective undersigned counsel of record, hereby stipulate to seal pages 37-114 and 242-254 of ECF No. 52-2, Declaration of Wendy Chau as follows:

In the Protective Order (ECF No. 15), officer personnel records, citizen complaints, internal affairs investigations, and police records may be designated as Confidential.  During the course of discovery, Defendant produced such documents as Confidential under the Protective Order, to include

documents Bates Stamped 00001-00078 and LAKE00085-97.

Despite these designations, the documents Bates Stamped 00001-00078 and LAKE00085-97, were included as exhibits to the Declaration of Wendy Chau, filed at ECF No. 52-2 at pages 37-114 and 242-254.

The parties now stipulate there is good cause to seal pages 37-114 and 242-254 of ECF No. 52-2, in accordance with both the terms of the Protective Order and Local Rule 141, and the hearing held on December 3, 2020.

Respectfully submitted,

Dated:  December 9, 2020                PORTER SCOTT
                                        A PROFESSIONAL CORPORATION


                                        By /s/ John R. Whitefleet
                                            John R. Whitefleet
                                            Attorney for Defendant CITY OF VALLEJO

Dated:  December 9, 2020                LAW OFFICES OF WENDY CHAU


                                        By /s/ Wendy Chau (authorized on 12-08-20)
                                            Wendy Chau
                                            Attorney for Plaintiff JOSEPH LAKE

ORDER

Good cause appearing, it is so ordered.  The clerk is ordered to seal pages 37-114 and 242-254 of ECF No. 52-2, Declaration of Wendy Chau.

Dated:  December 9, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lake.1439