UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH LAKE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, GREG NYHOFF, an individual, STEVE DARDEN, an individual, ANTHONY ROMERO-CANO, an individual, TRAVIS ASPEGREN, an individual, THEODORE "TED" J. POSTOLAKI, an individual, GREGG ROUSE, an individual, TIMOTHY NICHOLS, an individual, LEE HORTON, an individual, SANJAY RANU-AKHA, an individual, ANDREW BIDOU, an individual, and DOES 1-15<br><br>　　　　　Defendants. | Case No.: 2:19-cv-01439-KJM-KJN<br><br>**DEFENDANTS CITY OF VALLEJO (erroneously sued herein as VALLEJO POLICE DEPARTMENT) EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT;**<br><br>**ORDER** |

　　　Defendants CITY OF VALLEJO (erroneously sued herein as VALLEJO POLICE DEPARTMENT) submitted an Ex Parte Application for an Order Extending Time pursuant to Local Rule 144(c) and Federal Rule of Civil Procedure (" Fed. R. Civ. P.") 6(b)(1)(A) for these defendants in which to serve an answer, motion or other response to the Second Amended Complaint (ECF No. 69) until March 4, 2021.

Through this Ex Parte Application, defendants note they were parties in the original complaint, but the Second Amended Complaint added numerous individual defendants that have not yet been served. While counsel for defendants conditionally agreed to accept service as to some but not all defendants, service has not yet been affected nor a date agreed upon, and thus not all defendants have been served. The undersigned counsel emailed counsel for plaintiff several times suggesting to wait on a response to avoid multiple filing, but without response, necessitating this ex parte application. To avoid multiple filings, to allow additional time for service of summons on the individual defendant that counsel was not able to accept service, Defendants submit good cause exists for this extension of time.

Dated: February 8, 2021            Respectfully submitted,

                                    PORTER SCOTT
                                    A PROFESSIONAL CORPORATION


                                    By /s/ John R. Whitefleet
                                        John R. Whitefleet
                                        Attorney for Defendants

### ORDER

Good cause appearing, the court hereby grants an extension of time for defendants City of Vallejo and Vallejo Police Department to respond to the Second Amended Complaint to March 4, 2021.

This order resolves ECF No. 71.

IT IS SO ORDERED.

DATED: February 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE