RANDY J. RISNER
Interim City Attorney, SBN 172552
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687

JOHN R. WHITEFLEET, SBN 213301
**PORTER | SCOTT**
350 University Ave., Suite 200
Sacramento, CA
Tel: (916) 929-1481
Fax: (916) 927-3706
Email: jwhitfleet@porterscott.com

Attorneys for Defendants: CITY OF VALLEJO (also erroneously sued herein as CITY COUNCIL and VALLEJO POLICE DEPARTMENT), ANDREW BIDOU, GREG NYHOFF, ANTHONY ROMERO-CANO, TRAVIS ASPEGREN, THEODORE J. POSTOLAKI, TIMOTHY NICHOLS, and GREG ROUSE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH LAKE, | CASE NO.: 2-19-cv-01439-KJM-KJN |
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER** |
| v. | |
| CITY OF VALLEJO et al | |
| Defendants. | |
| / | |

Plaintiff JOSEPH LAKE and Defendants CITY OF VALLEJO (also erroneously sued herein as CITY COUNCIL and VALLEJO POLICE DEPARTMENT), ANDREW BIDOU, GREG NYHOFF, ANTHONY ROMERO-CANO, TRAVIS ASPEGREN, THEODORE J. POSTOLAKI, TIMOTHY NICHOLS, and GREG ROUSE, by and through their respective undersigned counsel of record, hereby stipulate to modify the Pretrial Scheduling Order dated December 23, 2019 (ECF No. 14), as follows:

///

Insofar as the District Court recently resolved several motions allowing Plaintiff to amend, and Plaintiff then filed a Second Amended Complaint which added numerous defendants, to which Defendants have moved to dismiss which is currently pending, the outcome of which may determine the further scope of discovery such that the case is not currently "at issue", that the court ordered to parties to confer on extensions to effectuate discovery per Order dated December 4, 2020 (ECF No. 63), and in light of the state and local restrictions due to COVID-19 which continue to exist, good cause exists to modify the Pretrial Scheduling Order as follows:

| Deadline | New Date |
| --- | --- |
| Discovery cut off | July 30, 2021 |
| Dispositive Motion Filing | October 1 2021 |

Respectfully submitted,

Dated:  February 22, 2021         PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


                                  By /s/ John R. Whitefleet
                                      John R. Whitefleet
                                      Attorney for Defendant CITY OF VALLEJO


Dated:  February 22, 2021         LAW OFFICES OF WENDY CHAU


                                  By /s/ Wendy Chau (authorized on 02/18/2021)
                                      Wendy Chau
                                      Attorney for Plaintiff JOSEPH LAKE

/////

/////

/////

/////

# **ORDER**

The court grants the parties' stipulation to modify the Pretrial Scheduling Order as follows:

| Deadline | New Date |
|---|---|
| Discovery cut off | July 30, 2021 |
| Last date for hearing dispositive motions | October 29, 2021 |

IT IS SO ORDERED.

DATED:  February 22, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE