UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAKE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF VALLEJO, et al.,<br><br>        Defendants. | No.  2:19–cv–1439–DAD–KJN<br><br>ORDER RE: SECTION 1927 SANCTIONS<br><br>(ECF No. 151.) |

On December 4, 2023, the court found (among other things) that plaintiff's counsel should be sanctioned for "counsel's bad faith multiplication of the proceedings in this court."[1]  28 U.S.C. § 1927 ("[A]ny attorney . . . who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.").  (ECF No. 151.)  Given that these sanctions take the form of attorneys' fees payable to the prejudiced party, the court ordered defendants to "submit counsel's attorney rates and hours expended in having to defend against this motion (i.e. the hours expended between November 1, 2023, and November 28, 2023)."  The court provided defendants with seven days to submit a declaration, and indicated that the reasonableness of the hours and rates would be reviewed upon receipt.  (Id.)

---

[1] The matter came before the undersigned pursuant to Local Rule 302(c)(1).

1

The court now reaffirms its findings stated in the November 30, 2023 order regarding the propriety of the Section 1927 sanctions. (ECF No. 151.) Further, the court finds counsel's rate of $230/hour to be eminently reasonable, given counsel's rate is typically much higher but this is the rate charged to defendants. (ECF No. 152.) As to hours, the court finds counsel's declaration supportive of 8.4 hours expended in response to plaintiff's multiplied proceedings. This includes all hours directly spent reviewing and responding to plaintiff's motion (all but 0.2 hours spent on 11-1-23; all hours spent on 11-7-23; and the 0.3 hours spent on 11-28-23). (See id. at 5-7.) The rejected time entries constitute hours that would have been necessary in any conferral process that was supposed to take place (0.2 hours on 11-1-23) or were for acts taken by defense counsel that were not required by the court's orders. (See id. at 8-10.)

Thus, plaintiff's counsel is sanctioned $1,932. (Plaintiff's counsel is directed not to pass this amount on to her client.) Counsel shall submit this amount to defendants within 30 days of this order.

Dated:  December 15, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lake.1439

2